IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DENNIS BAUMGARDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CAUSE NO. 04-CV-568-WDS |
| | ) | |
| **CHALLENGE UNLIMITED, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is plaintiff's motion for attorney's fees, which the Court construes as a motion for reconsideration of the Court's Order of March 17, 2006, granting in part and denying in part plaintiff's first motion for attorney's fees.

Initially, plaintiff was ordered to file an amended invoice of charges so as to allow the Court to determine an appropriate award of attorney's fees. Plaintiff filed an amended invoice, and the Court ruled that plaintiff was entitled to attorney's fees in the amount of $3,612.50. Plaintiff has now refiled the same motion for attorney's fees, along with a second amended invoice in which plaintiff's counsel attempts to expand his description of the charges for his services. However, upon review, the Court finds that the award of $3,612.50 is more than fair. Plaintiff has already had the opportunity to submit an amended invoice; based upon that invoice, the Court determined the appropriate amount of attorney's fees, and the Court remains convinced, especially in light of the limited nature of plaintiff's success in this case, that the award of $3,612.50 is reasonable.

Accordingly, the Court **DENIES** plaintiff's motion for attorney's fees (Doc. 82).

**IT IS SO ORDERED.**

**DATED: April 10, 2006.**

<u>**s/ WILLIAM D. STIEHL**</u>
**DISTRICT JUDGE**